No. D–405. IN RE DISBARMENT OF GETTINGER. It is ordered that Peter Gettinger, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 35, Orig. UNITED STATES v. MAINE ET AL. Report of the Special Master on the Rhode Island boundary is received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies to such Exceptions, with supporting briefs, may be filed within 30 days. [For earlier decision herein, see, e. g., 452 U. S. 429.]

No. 84, Orig. UNITED STATES v. ALASKA. Report of the Special Master on motion of Inupiat Community of the Arctic Slope et al. for leave to intervene is received and ordered filed. [For earlier order herein, see, e. g., 452 U. S. 913.]

No. 95, Orig. ARKANSAS v. OKLAHOMA. Motion of Pennsylvania for leave to file a brief as amicus curiae out of time is granted. Motion for leave to file bill of complaint denied.

No. 97, Orig. LOUISIANA v. WESTERN RESERVE HISTORICAL SOCIETY. Motion for leave to file bill of complaint denied.

No. 82–1295. ESCAMBIA COUNTY, FLORIDA, ET AL. v. McMILLAN ET AL. C. A. 5th Cir. [Probable jurisdiction noted, 460 U. S. 1080.] Motion of appellants Kenneth J. Kelson et al. for leave to file response to supplemental brief of appellees denied.

No. 82–1349. UNITED STATES v. S. A. EMPRESA DE VIACAO AEREA RIO GRANDENSE (VARIG AIRLINES) ET AL.; and
No. 82–1350. UNITED STATES v. UNITED SCOTTISH INSURANCE CO. ET AL. C. A. 9th Cir. [Certiorari granted, 461 U. S. 925.] Motion of respondent S. A. Empresa de Viacao Aerea Rio Grandense for leave to file supplemental brief after argument granted.

No. 82–1721. SEATTLE TIMES CO., DBA THE SEATTLE TIMES, ET AL. v. RHINEHART ET AL. Sup. Ct. Wash. [Certiorari granted, 464 U. S. 812.] Motion of respondent Keith Milton Rhinehart to present oral argument pro se and for divided argument denied. Motion of Malcolm L. Edwards, Esquire, to permit Haim Habib, Esquire, to present oral argument pro hac vice on behalf of respondents denied.